IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katherine Klimek, | Docket 3:18-cv-00173-RPC |
| Plaintiff, | (JUDGE RICHARD P. CONABOY) |
| v. | |
| Chase Bank USA, N.A., | FILED ELECTRONICALLY |
| Defendant. | |

## STATUS REPORT

Earlier this week, the parties reached a tentative settlement in this matter. The parties request that the Court allow them 60 days to finalize and consummate the settlement.

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Jenny Perkins (with consent)* |
| Brett Freeman | Jenny Perkins |
| Bar Number PA308834 | Bar Number PA306498 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Freeman, LLC | Ballard Spahr, LLP |
| 216 N. Blakely St. | 1735 Market St., 51st Floor |
| Dunmore, PA 18512 | Philadelphia, PA 19103 |
| Phone (570) 341-9000 | Phone (215) 864-8378 |
| Facsimile (570) 504-2769 | Facsimile (215) 864-8999 |
| Email bfecf@sabatinilawfirm.com | perkinsj@ballardspahr.com |