IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHERINE KLIMEK,

    Plaintiff,
vs.

CHASE BANK USA, N.A.,

    Defendant.

: (Judge Conaboy)
:
:3:18-CV- 173

FILED
SCRANTON

AUG 2 1 2018

Per_____ DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within SIXTY (60) days, to reinstate the action if the settlement is not consummated.

Richard P. Conaboy
United States District Judge

DATE: August 21, 2018